## Adkins v. Myers & Co.

APPEAL from Jackson Circuit Court.

Tried before the Hon. WILLIAM L. STEPHENS, Special Judge.

No counsel marked as appearing for appellant.

J. E. BROWN, for appellees.

In this case, after the recovery of a judgment against the appellees, they moved the court to retax the costs in said cause. The motion was granted, and from the judgment granting said motion, the appeal is prosecuted. The judgment is affirmed for the want of assignment of errors.

Opinion PER CURIAM.